Filing # 53446476 E-Filed 03/08/2017 12:32:04 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT, IN AND FOR PALM
BEACH COUNTY, FLORIDA

CASE NO.:

MARJORIE GAYE HARRISON and
RAY HARRISON, her husband,

      Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.
_____/

## COMPLAINT

      COME NOW the Plaintiffs, MARJORIE GAYE HARRISON and RAY HARRISON, her husband, by and through their undersigned counsel, and sue the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and allege:

      1. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

      2. That at all times material to the cause herein, the Plaintiff, MARJORIE GAYE HARRISON and RAY HARRISON, are and were residents of West Palm Beach, Palm Beach County, Florida and living together as husband and wife.

      3. That at all times material to the cause herein, the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, was and is an Illinois insurance company authorized to do business in the State of Florida and was and is doing substantial business in Palm Beach County, Florida.

## COUNT I – UNINSURED/UNDERINSURED MOTORIST –
## STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

4. The Plaintiff hereby realleges and reavers all the General Allegations contained in paragraphs 1 through 3 above, as though fully set forth herein.

5. That at all times material to the cause herein the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, had in full force and effect a policy of insurance, and that pursuant to the terms and conditions of said policy, uninsured and/or underinsured motorists coverage was available to the Plaintiff for injuries caused her by an uninsured or underinsured motorist.

6. That the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, has in its possession, a copy of said policy of insurance and is fully aware of the terms and conditions of said policy, and the coverages afforded thereunder.

7. That on or about January 5, 2016, Perry Michael Martinez owned and operated a motor vehicle at or near the intersection of Belvedere Road and Lake Avenue in West Palm Beach, in the County of Palm Beach, Florida.

8. That at that time and place, Perry Michael Martinez so negligently operated and/or maintained his motor vehicle so that it collided with a motor vehicle owned and being operated by Renee Esther Kessler, and in which vehicle the Plaintiff, MARJORIE GAYE HARRISON, was a passenger.

9. That at all times material to the cause herein, Perry Michael Martinez was uninsured/underinsured.

10. That as a direct and proximate result of the negligence of Perry Michael Martinez, the Plaintiff has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment; loss of earnings, loss of ability to earn money and aggravation of a pre-existing condition. These losses are either permanent or continuing and the Plaintiff will suffer said losses in the future.

11. That pursuant to the terms and conditions of the policy of insurance issued by the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, said Defendant is liable to the Plaintiff for any and all damages caused by Perry Michael Martinez.

WHEREFORE, the Plaintiff, MARJORIE GAYE HARRISON, hereby demands judgment against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, for compensatory damages, costs, interest, and further demands trial by jury.

## COUNT II - LOSS OF CONSORTIUM – RAY HARRISON

12. The Plaintiffs reallege and reassert the allegations set forth above and state:

13. That at all times material to the cause herein, the Plaintiffs were husband and wife living together under this family relationship.

14. As a direct and proximate result of the aforesaid negligence of Perry Michael Martinez, the Plaintiff, RAY HARRISON, suffered in the past and will continue to suffer for an indefinite time in the future the deprivation of the consortium and services of his wife, MARJORIE GAYE HARRISON, who prior to the accident had been in good health and fully capable of performing any of her household and family relationship duties, but now cannot do so.

WHEREFORE, Plaintiff, RAY HARRISON, prays for judgment against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, in an amount in excess of Fifteen Thousand and 00/100 ($15,000.00) Dollars, exclusive of costs and interest, and further

demands trial by jury.

                                          SCHULER, HALVORSON, WEISSER,
                                          ZOELLER & OVERBECK, P.A.
                                          Barristers Building, Suite 4-D
                                          1615 Forum Place
                                          West Palm Beach, FL 33401
                                          Telephone: (561) 689-8180
                                          Attorneys for Plaintiff

                                          By: _____
                                          Richard D. Schuler
                                          Florida Bar No.: 158226
                                          Email-1:   rschuler@shw-law.com
                                          Email-2:   jdever@shw-law.com
                                          Email-3:   cpassman@shw-law.com

                                          and

                                          Elliot Brooks, Esquire
                                          Young, Brooks & Pefkata, P.A.
                                          1860 Forest Hill Blvd., Suite 201
                                          West Palm Beach, FL 33406
                                          Telephone: (561) 433-4200
                                          ebrooks@youngbrooks.com
                                          Co-Counsel for Plaintiff