UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION WEST PALM BEACH

Case No.: 9:17-CV-80470

MARJORIE GAYE HARRISON & RAY HARRISON,
HER HUSBAND

   Plaintiffs,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY,

   Defendants.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

An amicable settlement of all matters and things in dispute between the parties hereto having been made, it is hereby:

STIPULATED AND AGREED by and between the respective parties hereto that the above cause may be dismissed with prejudice, and each party is to bear their own costs and attorneys' fees; all liens and subrogated interests to be paid by the Plaintiffs out of the proceeds of the settlement herein.

DATED this 25 day of August, 2017.

| | |
|---|---|
| Schuler, Halvorson & Weisser<br>1615 Forum Place, Suite 4-D<br>West Palm Beach, FL  33401<br>rschuler@shw-law.com<br>jdever@shw-law.com<br>tkemp@shw-law.com<br><br>By: _____<br>    Richard D. Schuler, Esquire<br>    Florida Bar No. | CONROY SIMBERG<br>1801 Centrepark Drive East, Suite 200<br>West Palm Beach, FL  33401<br>eservicewpb@conroysimberg.com<br>jhoward@conroysimberg.com<br>aschultz@conroysimberg.com<br><br>By: /s/ Alexandra J. Schultz<br>    John A. Howard, Esquire<br>    Florida Bar No. 0074942<br>    Alexandra J. Schultz, Esquire<br>    Florida Bar No. 122100 |